IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHANIEL BLANCHER, *also known as* Nathaniel David Blancher, BOP Reg. No. 17190-003, Movant, v. UNITED STATES OF AMERICA, Respondent. | ) ) ) ) ) ) CIVIL ACTION NO. 1:22-00457-JB-N ) ) CRIMINAL ACTION NO. 1:21-00104-JB-N ) ) |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated December 27, 2023 (Doc. 52[1]), and made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **NATHANIEL BLANCHER**'s motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 dated November 4, 2022 (Doc. 50), is **DENIED** and **DISMISSED with prejudice** under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. In connection with this final adverse order, the Court issues a Certificate of Appealability on the following issue:

> Whether the Court correctly dismissed, under Rule 4 of the Rules Governing Section 2255 Proceedings without ordering a response from the Government or holding an evidentiary hearing, Blancher's claim that his counsel rendered unconstitutionally ineffective assistance by assuring him that he would not be

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

sentenced to more than 30 years imprisonment if he pled guilty to all counts of the indictment.

Blancher is **DENIED** a Certificate of Appealability on all other issues.

Final judgment in accordance with this order shall forthwith be set out by separate document under Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to thereafter administratively close the above-numbered civil action.

**DONE** and **ORDERED** this the 25th day of January 2024.

/s/JEFFREY U. BEAVERSTOCK  
**JEFFREY U. BEAVERSTOCK**  
**CHIEF UNITED STATES DISTRICT JUDGE**